ERIC GRANT
United States Attorney
J. DOUGLAS HARMAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:25-PO-00074-CSK |
|---|---|
| Plaintiff, | STIPULATION TO RESET TRIAL DATE; FINDINGS AND ORDER |
| v. | DATE: September 15, 2025 |
| KEVIN HURST FERREIRA, | TIME: 10:00 a.m. |
| Defendant. | COURT: Hon. Chi Soo Kim |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for bench trial on September 15, 2025.

2. The parties have engaged in continuing discussion regarding a resolution without trial.

3. On August 26, 2025, defendant's counsel represented that defendant required more time to make a payment on the outstanding citations. The government does not object to providing defendant more time to pay the citations.

4. Defense counsel also represented that defendant faces difficulty obtaining transportation and would face significant difficulty getting to court on the currently scheduled day. The government does not object to providing more time for the defendant to arrange transport to court.

5. By this stipulation, defendant now moves to continue the trial until November 3, 2025.

The government does not object to this motion.

    IT IS SO STIPULATED.

Dated: August 26, 2025

ERIC GRANT
United States Attorney

/s/ J. DOUGLAS HARMAN
J. DOUGLAS HARMAN
Assistant United States Attorney

Dated: August 26, 2025

/s/ MEGAN T. HOPKINS
MEGAN T. HOPKINS
Counsel for Defendant
Kevin Hurst Ferreira

## **O R D E R**

**IT IS HEREBY ORDERED** that the trial hearing currently scheduled for September 15, 2025, at 10:00 a.m. is continued to **November 3, 2025, at 10:00 a.m.**

Dated: August 26, 2025

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE