ERIC GRANT
United States Attorney
J. DOUGLAS HARMAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:25-PO-00074-CSK |
|---|---|
| Plaintiff, | ORDER TO DISMISS AND VACATE BENCH TRIAL |
| v. | |
| KEVIN HURST FERREIRA, | DATE: November 3, 2025<br>TIME:  10:00 a.m. |
| Defendant. | JUDGE: Honorable Chi Soo Kim |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss Case Number 2:25-po-00074-CSK is GRANTED.

It is further ordered that the bench trial scheduled on November 3, 2025, at 10:00 a.m. is vacated.

IT IS SO ORDERED.

Dated:  _August 29, 2025_____, 2025

HON. CHI SOO KIM
United States Magistrate Judge